

**Supreme Court**
STATE OF LOUISIANA

CHIEF JUSTICE
   CATHERINE D. KIMBALL   Fifth District
JUSTICES
   GREG G. GUIDRY   First District
   JEFFREY P. VICTORY   Second District
   JEANNETTE THERIOT KNOLL   Third District
   MARCUS R. CLARK   Fourth District
   JOHN L. WEIMER   Sixth District
   BERNETTE J. JOHNSON   Seventh District

New Orleans

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED NOV 0 9 2011
CLERK'S OFFICE

November 8, 2011

JOHN TARLTON OLIVIER
CLERK OF COURT

400 ROYAL STREET, SUITE 4200
NEW ORLEANS, LA 70130-8102

TELEPHONE (504) 310-2300
HOME PAGE http://www.lasc.org

Hon. William K. Suter
Clerk, U.S. Supreme Court
Office of the Clerk
Washington, D.C. 20543

Re:   *In Re: Sean Daniel Alfortish*
   La. Bar Roll no. 22227  22277
   La. Supreme Court docket no. 2011-B-2190

Dear Mr. Suter:

Enclosed please find the action taken by this Court in the above-entitled matter, which is self-explanatory. The case became final in this Court on **October 19, 2011**.

With kindest regards, I remain,

Very truly yours,

John Tarlton Olivier
Clerk of Court

By: *[signature]*
Jeffrey C. Collins
Chief Deputy Clerk of Court

JCC:pal
Enclosure
ccs:   Hon. Lyle W. Cayce, Clerk,
   U.S. Court of Appeals, Fifth Circuit
   Hon. Loretta G. Whyte, USDC, Eastern District
   Beth Perry, USDC, Middle District
   Hon. Tony R. Moore, USDC, Western Dist.
   Hon. Charles B. Plattsmier, Disciplinary Counsel
   Denise Tingstrom, Director of Admin., LSBA
   Donna Roberts, Administrator, Disciplinary Board
   U.S. Surface Transportation Board
   Regional Director, IRS
   Timothy F. Averill, Judicial Administrator
   Breezy Borello, Notarial Archives
   Dianne M. Pryor, Off. of Hearing/Appeals Social Security Administration
   Cynthia Cotton, Notarial Division, Secretary of State Office
   Steven St. Cyr, IRS
   Hon. Sheral Kellar, Chief Judge, Off. of Wrkrs. Comp. Admin.

Hon. Christine L. Crow
Clerk, 1st Circuit Ct. Of Appeal
Hon. Lillian Evans Richie
Clerk, 2nd Circuit Ct. Of Appeal
Hon. Charles K. McNeely
Clerk, 3rd Circuit Ct. Of Appeal
Hon. Danielle Schott
Clerk, 4th Circuit Ct. Of Appeal
Hon. Peter Fitzgerald
Clerk, 5th Circuit Ct. Of Appeal

# The Supreme Court of the State of Louisiana

IN RE: SEAN DANIEL ALFORTISH

NO.  2011-B-2190

- - - - -

IN RE: Disciplinary Counsel; - Other; Applying For Petition for Interim Suspension Pursuant to Rule XIX, Section 19

- - - - -

October 19, 2011

Petition for interim suspension granted. See order.

MRC

BJJ

JPV

JTK

JLW

GGG

Supreme Court of Louisiana
October 19, 2011

*Rachel Adelman*
Deputy   Clerk of Court
         For the Court

SUPREME COURT OF LOUISIANA

NO. 11-B-2190

IN RE: SEAN DANIEL ALFORTISH

---

ORDER

---

Considering the Petition for Interim Suspension filed by the Office of Disciplinary Counsel, the response thereto filed by respondent, and the ODC's reply,

IT IS ORDERED that Sean Daniel Alfortish, Louisiana Bar Roll number 22227, be and he hereby is suspended from the practice of law on an interim basis pursuant to Supreme Court Rule XIX, § 19, pending further orders of this court. Pursuant to Supreme Court Rule XIX, § 26(E), this order is effective immediately.

IT IS FURTHER ORDERED that necessary disciplinary proceedings be instituted in accordance with Supreme Court Rule XIX, §§ 11 and 19.

IT IS FURTHER ORDERED that the relief requested by respondent in his "Cross-Petition for Relief" be and hereby is denied. Should respondent wish to avail himself of consent discipline in the future, he must comply with the provisions of Supreme Court Rule XIX, § 20.

NEW ORLEANS, LOUISIANA, this 19 day of OCT, 2011.

FOR THE COURT:

_____
JUSTICE, SUPREME COURT OF LOUISIANA